**Phillip G. PATRICK, Appellant,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent.**

No. 69559.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 25, 1997.

Timothy F. Devereux, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Department of Revenue, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

PER CURIAM.

Appellant, Phillip G. Patrick ("driver"), appeals the judgment of the Circuit Court of St. Louis County sustaining the suspension of his driving privileges by respondent, the Director of Revenue for the State of Missouri ("Director"). We remand.

Driver was arrested for driving a motor vehicle while intoxicated in violation of RSMo § 302.505,[1] and his driving privileges were suspended. The suspension was sustained after an administrative hearing. Driver sought a trial *de novo* in the circuit court pursuant to RSMo § 302.535. The presiding judge for the circuit court assigned driver's case to a traffic court commissioner, who heard the case and entered findings and rec-

1. All statutory references are to RSMo 1994.

ommendations sustaining driver's suspension. The findings and recommendations were adopted and confirmed as the judgment of the circuit court. Driver's appeal followed.

On appeal, driver contends the presiding judge acted without jurisdiction in assigning his case to the traffic court commissioner, and the commissioner acted without jurisdiction in hearing the case. We agree. RSMo § 302.535 provides that petitions for trials *de novo* shall be filed in the circuit court and heard by a circuit judge or an associate circuit judge, not a traffic court commissioner. *Chamberlain v. Director of Revenue,* 921 S.W.2d 138, 139 (Mo.App. E.D.1996). The order entered here, after a trial *de novo* heard by a traffic court commissioner, is without legal effect. *Id.* at 138. Driver's petition remains pending in the circuit court. *Id.* at 139. *See also Klipsch v. Lohman, Director of Revenue,* 931 S.W.2d 197 (Mo. App. E.D.1996); *Battle v. Director of Revenue, State of Missouri,* 930 S.W.2d 533 (Mo. App. E.D.1996). Accordingly, we remand for a hearing.